IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SETH HADLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 24-00291-KD-MU |
| | ) |
| WALMART STORES EAST LP, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated December 3, 2024 (Doc. 11) is **ADOPTED, as modified herein,** as the opinion of this Court.

Plaintiff Seth **Hadley is granted leave to file, on or before January 28, 2025, an Amended Complaint** which corrects the deficiencies identified in the Report and Recommendation.  **If Hadley does not file an Amended Complaint, then this action shall be dismissed without prejudice on January 30, 2025, without further order by the Court.**

Defendant Walmart Stores East LP's motion to dismiss is **DISMISSED as MOOT** with leave to refile.

DONE and ORDERED this 27th day of December 2024.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE