# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SETH HADLEY,** | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Action No. 1:24-cv-00291-KD-MU |
| | ) |
| **WALMART STORES EAST, LP,** | ) |
|     **Defendant.** | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), Doc. 22), is **ADOPTED** as the opinion of this Court.

Accordingly, Defendant's Renewed Motion to Dismiss, (Doc. 18), is **DENIED**.

**DONE** and **ORDERED** this **25th** day of **July 2025.**

    /s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**